137509

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-CV-63**

## Affidavit of Movant

I, John J. Wackman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel Aronowitz, an attorney admitted to practice, in the District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendant in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

John J. Wackman — Date 4/5/01

Minnesota Attorney License Number: 251884

Law Firm Name & Address: Rider, Bennett, Egan & Arundel, LLP
Suite 2000 - 333 South Seventh Street
Minneapolis, MN 55402

Telephone: (612) 340-7944

## Affidavit of Proposed Admittee

I, Daniel Aronowitz, am currently a member in good standing of the U.S. District Court for the District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Daniel Aronowitz
Type/Print Name — Signature — Date 3/28/01

Attorney License Number: 440278 (D.C. Bar Number)

Law Firm Name & Address: Ross, Dixon & Bell, LLP
601 Pennsylvania Avenue N.W. - North Building
Washington, D.C. 2004-2688

Telephone: (202) 662-2000

Case Number: 01-CV-63 Judge Assigned: Judge Donovan W. Frank
Case Title: Plainview Milk Cooperative v. Westport Insurance Corporation

Motion Granted: Francis E. Dosal — APR 16 2001
For the Court, Francis E. Dosal, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

FILED APR 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

248539 v1