# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plainview Milk Products Cooperative, sued as
Plainview Milk Cooperative, a Minnesota corporation

Case No. Civil 01-63DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Westport Insurance Corporation, a New York Stock Company

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is **DENIED**; defendant's motion for summary judgment is **GRANTED** and the **COMPLAINT** is **DISMISSED WITH PREJUDICE**.

DATE: November 21, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk